UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22310-KMW

**VICTOR ARIZA**,

Plaintiff,

vs.

**L'OREAL USA S/D, INC., d/b/a KIEHL'S, a foreign for-profit corporation**,

Defendant.
_______________________________________/

# NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: July 19, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL 33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Andrew Froman, Esq.
FISHER & PHILLIPS LLP
2300 SunTrust Financial Center
401 East Jackson Street
Tampa, FL 33602
(813) 769-75005
afroman@fisherphillips.com

*Attorneys for Defendant*
*L'OREAL USA S/D INC.*
*d/b/a KIEHL'S*

/s/ *Roderick V. Hannah*
Roderick V. Hannah